John B. Taylor Company, Respondent, v. Catharine Violet and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

George W. Peck Company, Plaintiff, v. Theodore C. Hagaman and Others, Defendants, Impleaded with State of New York, Appellant, and Celina A. Hagaman, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Julius Haecker v. The Witteman Company.— Appeal dismissed, without costs, upon stipulation filed.

Mary Luther and Another, as Executors, etc., v. Village of Batavia.— Order entered substituting George W. Watson as attorney for plaintiffs upon stipulation filed.

In the Matter of the Disbarment Proceedings against Elbert V. Hetfield, an Attorney at Law.— Issues raised by the petition and answer referred to Adelbert Moot of Buffalo to take the proofs thereon and return to this court with his opinion thereon.

John J. Clarke, as Sole Administrator, etc., Respondent, v. City of Syracuse, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Frederick Lynch, Respondent, v. Hubert Larkin, as Sole Surviving Partner, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Leo Mosakowski, an Infant, etc., Respondent, v. Utica Knitting Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

International Text Book Company, Appellant, v. Paul F. Hockeborn, Respondent.— Motion for leave to appeal to Court of Appeals granted.

James E. King, Respondent, v. Rose A. King, Substituted, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Griffin, Appellant, v. Charles H. Armsted and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of Edward A. Purtill, Appellant, for a Writ of Mandamus against John B. Coakley and Others, Constituting the Civil Service Commission of the City of Buffalo, New York, Respondents.— Order affirmed, without costs. All concurred.

Morgan B. Kent, Appellant, v. Eleanor R. Kent, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Jacob Stabinsky and Another, Respondents, v. Benjamin Lowenstein, Appellant. (Actions Nos. 1, 2 and 3.)— Order affirmed, with ten dollars costs and disbursements. All concurred.

Abraham Silverstein, as Administrator, etc., Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.